Certificate Number: 17572-NJ-DE-036495784

Bankruptcy Case Number: 22-12921



17572-NJ-DE-036495784

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>April 22, 2022</u>, at <u>7:45</u> o'clock <u>PM PDT</u>, <u>Fouchard Claude</u> completed a course on personal financial management given <u>by internet</u> by <u>Dollar Learning Foundation, Inc.</u>, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the <u>District of New Jersey</u>.

Date:   <u>April 22, 2022</u>            By:    <u>/s/Leigh-Anna M Thompson</u>

Name:  <u>Leigh-Anna M Thompson</u>

Title:   <u>Counselor</u>