Form plncf13 − ntccnfpln13v27

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.:  22−12921−VFP
Chapter:  13
Judge:  Vincent F. Papalia

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Fouchard Claude
   24 Dameo Place
   Short Hills, NJ 07078

Social Security No.:
   xxx−xx−5505

Employer's Tax I.D. No.:

## NOTICE OF ORDER CONFIRMING CHAPTER 13 PLAN

   NOTICE IS HEREBY GIVEN that an Order Confirming the Chapter 13 plan was entered on July 22, 2022.


Dated: July 22, 2022
JAN: mcp

                                                                Jeanne Naughton
                                                                Clerk

United States Bankruptcy Court

District of New Jersey

In re:  
Fouchard Claude  
    Debtor

Case No. 22-12921-VFP  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-2     User: admin     Page 1 of 2  
Date Rcvd: Jul 22, 2022     Form ID: plncf13     Total Noticed: 10

The following symbols are used throughout this certificate:  
**Symbol    Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 24, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Fouchard Claude, 24 Dameo Place, Short Hills, NJ 07078-3317 |
| 519553375 | + | State of New Jersey, Division of Taxation, PO Box 245, Trenton, NJ 08695-0245 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Jul 22 2022 20:45:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Jul 22 2022 20:45:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 519559178 | + | Email/Text: enotifications@santanderconsumerusa.com | Jul 22 2022 20:45:00 | CHRYSLER CAPITAL, P.O. BOX 961275, FORT WORTH, TX 76161-0275 |
| 519553373 | + | Email/Text: sbse.cio.bnc.mail@irs.gov | Jul 22 2022 20:45:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 519553374 | + | Email/PDF: ais.midfirst.ebn@aisinfo.com | Jul 22 2022 20:55:42 | Midland Mortgage, POB 268888, Oklahoma City, OK 73126-8888 |
| 519559177 | + | Email/Text: enotifications@santanderconsumerusa.com | Jul 22 2022 20:45:00 | SANTANDER CONSUMER USA, P.O. Box 560284, Dallas, TX 75356-0284 |
| 519641239 | + | Email/PDF: ais.midfirst.ebn@aisinfo.com | Jul 22 2022 20:55:28 | U.S. Bank National Association, at. el, c/o MidFirst Bank, 999 NorthWest Grand Boulevard, Oklahoma City, OK 73118-6051 |
| 519553376 | + | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Jul 22 2022 20:44:00 | Verizon, PO Box 650584, Dallas, TX 75265-0584 |

TOTAL: 8

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains**

District/off: 0312-2 | User: admin | Page 2 of 2
Date Rcvd: Jul 22, 2022 | Form ID: plncf13 | Total Noticed: 10

**the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 24, 2022                Signature:      /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 22, 2022 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Andrew G. Greenberg | on behalf of Debtor Fouchard Claude a.greenberglawfirm@verizon.net |
| Denise E. Carlon | on behalf of Creditor MIDFIRST BANK dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com |
| Marie-Ann Greenberg | magecf@magtrustee.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 4