ANDREW G. GREENBERG
4400 ROUTE 9 SOUTH
SUITE 1000
FREEHOLD, NJ  07728

Re:  FOUCHARD CLAUDE
     24 DAMEO PLACE
     SHORT HILLS, NJ  07078

Atty:  ANDREW G. GREENBERG
       4400 ROUTE 9 SOUTH
       SUITE 1000
       FREEHOLD, NJ  07728

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEW JERSEY

**TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS AS OF 1/13/2023**
Chapter 13 Case # 22-12921

## RECEIPTS AS OF 01/13/2023   (Please Read Across)

| Date | Amount | Source Document No. | Date | Amount | Source Document No. |
|---|---|---|---|---|---|
| 05/05/2022 | $1,248.00 | 6775902451 | 06/07/2022 | $1,248.00 | 6775902470 |
| 07/06/2022 | $1,248.00 | 677820549 | 09/07/2022 | $1,771.00 | 6775902662 |
| 10/06/2022 | $771.00 | 28253709336 | 10/06/2022 | $1,000.00 | 28253709325 |
| 11/07/2022 | $1,771.00 | 6638905917 | 12/28/2022 | $1,771.00 | 6758901256 |

**Total Receipts: $10,828.00 - Amount Refunded to Debtor: $0.00 = Receipts Applied to Plan: $10,828.00**

## LIST OF PAYMENTS TO CLAIMS AS OF 01/13/2023   (Please Read Across)

| Claimant Name | Date | Amount | Check # | Date | Amount | Check # |
|---|---|---|---|---|---|---|
| STATE OF NJ | | | | | | |
| | 08/15/2022 | $15.01 | 896,688 | 10/17/2022 | $62.09 | 899,975 |
| | 11/14/2022 | $60.81 | 901,540 | 12/12/2022 | $60.81 | 903,071 |
| UNITED STATES TREASURY/IRS | | | | | | |
| | 08/15/2022 | $397.95 | 8,003,040 | 10/17/2022 | $1,646.93 | 8,003,145 |
| | 11/14/2022 | $1,612.79 | 8,003,196 | 12/12/2022 | $1,612.79 | 8,003,251 |

## CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---|---|---|---|---|---|---|
| TTE | TRUSTEE COMPENSATION | ADMIN | | | 485.22 | TBD |
| ATTY | ATTORNEY (S) FEES | ADMIN | 3,200.00 | 100.00% | 3,200.00 | 0.00 |
| COURT | CLERK OF COURT | ADMIN | 0.00 | 100.00% | 0.00 | 0.00 |
| 0001 | UNITED STATES TREASURY/IRS | UNSECURED | 4,352.51 | 100.00% | 0.00 | 4,352.51 |
| 0002 | MIDFIRST BANK | MORTGAGE ARRE | 48,956.79 | 100.00% | 0.00 | 48,956.79 |
| 0003 | STATE OF NEW JERSEY | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0005 | VERIZON | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0006 | SANTANDER CONSUMER USA INC. | UNSECURED | 5,789.68 | 100.00% | 0.00 | 5,789.68 |
| 0007 | UNITED STATES TREASURY/IRS | PRIORITY | 30,766.55 | 100.00% | 5,270.46 | 25,496.09 |
| 0008 | STATE OF NJ | PRIORITY | 1,160.01 | 100.00% | 198.72 | 961.29 |

**Chapter 13 Case # 22-12921**

**Total Paid: $9,154.40**
See Summary

## SUMMARY

Summary of all receipts and disbursements from the date the case was filed, to and including: January 15, 2023.

Receipts: $10,828.00    -    Paid to Claims: $5,469.18    -    Admin Costs Paid: $3,685.22    =    Funds on Hand: $1,673.60

**\*\*NOTE**: THIS REPORT IS NOT TO BE USED AS A PAYOFF FIGURE. ADDITIONAL ALLOWED CLAIMS AND OTHER VARIABLES MAY AFFECT THE AMOUNT TO COMPLETE THE PLAN.