UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
Caption in Compliance with D.N.J. LBR 9004-2(c)

Marie-Ann Greenberg MAG-1284
Marie-Ann Greenberg, Standing Trustee
30 TWO BRIDGES ROAD
SUITE 330
FAIRFIELD, NJ  07004-1550
973-227-2840
Chapter 13 Standing Trustee

IN RE:

FOUCHARD CLAUDE

Case No.: 22-12921

Adv. No.:

Hearing Date:  04/04/2024

Judge:  VFP

## CERTIFICATION OF SERVICE

1. I, Keith Guarneri, am a paralegal for Marie-Ann Greenberg, Chapter 13 Standing Trustee in the above captioned matter.

2. On, 03/12/2024, I sent a copy of the following pleadings and/or documents to the parties listed below:

    **Notice of Motion to Dismiss**

3. I hearby certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Debtor:
FOUCHARD CLAUDE
24 DAMEO PLACE
SHORT HILLS, NJ  07078
Mode of Service:  Regular Mail

Attorney for Debtor(s):
ANDREW G. GREENBERG
4400 ROUTE 9 SOUTH
SUITE 1000
FREEHOLD, NJ  07728
Mode of Service:  ECF and/or Regular Mail

Dated:  March 12, 2024

By:  /S/  Keith Guarneri
Keith Guarneri