Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 22−12921−VFP
Chapter: 13
Judge: Vincent F. Papalia

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
Fouchard Claude
24 Dameo Place
Short Hills, NJ 07078

Social Security No.:
xxx−xx−5505

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3B, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

on 8/15/24 at 10:00 AM

to consider and act upon the following:

*29* − Certification of Default of Standing Trustee. re: Debtors failure to make plan payments Report. Filed by Marie−Ann Greenberg. Objection deadline is 7/23/2024. (Attachments: # 1 Proposed Order) (Greenberg, Marie−Ann)

*31* − Certification in Opposition to (related document:29 Certification of Default of Standing Trustee. re: Debtors failure to make plan payments Report. Filed by Marie−Ann Greenberg. Objection deadline is 7/23/2024. (Attachments: # 1 Proposed Order) filed by Trustee Marie−Ann Greenberg) filed by Andrew G. Greenberg on behalf of Fouchard Claude. (Greenberg, Andrew)

Dated: 7/24/24

Jeanne Naughton
Clerk, U.S. Bankruptcy Court