Case 22-12921-VFP    Doc 34    Filed 08/16/24    Entered 08/16/24 10:55:58    Desc Main
Document      Page 1 of 2

| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY**<br>Marie-Ann Greenberg, MAG-1284<br>Marie-Ann Greenberg, Standing Trustee<br>30 TWO BRIDGES ROAD<br>SUITE 330<br>FAIRFIELD, NJ  07004-1550<br>973-227-2840<br>Chapter 13 Standing Trustee | <br>Order Filed on August 16, 2024<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| IN RE:<br><br>   FOUCHARD CLAUDE | Case No.:  22-12921 VFP<br><br>Hearing Date:  8/15/2024 |

## ORDER PERMITTING DEBTOR TO CURE ARREARAGES TO TRUSTEE

The relief set forth on the following page, numbered two (2), is hereby **ORDERED**.

**DATED: August 16, 2024**

_____

**Honorable Vincent F. Papalia**
**United States Bankruptcy Judge**

Debtor(s): FOUCHARD CLAUDE

Case No.: 22-12921

Caption of Order: ORDER PERMITTING DEBTOR TO CURE ARREARAGES TO TRUSTEE

---

THIS MATTER having come before the Court on 08/15/2024 on notice to ANDREW G. GREENBERG, and to the Debtor(s) herein, and good sufficient cause having been shown, it is:

- ORDERED, that the Debtor(s) are to resume payments to the Trustee's office in the amount of $1,784.00 starting on 9/1/2024 for the remaining 32 month(s).