UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Andrew G. Greenberg, Esq.

4400 Route 9 South

Suite 1000

Freehold, NJ 07728

(732) 236-4375

Attorney for Debtor

Order Filed on September 27, 2024
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:
Fouchard Claude

Case No.:   22-12921

Chapter:   13

Judge:   Hon. Vincent F. Papalia

# ORDER SHORTENING TIME PERIOD FOR NOTICE, SETTING HEARING AND LIMITING NOTICE

The relief set forth on the following pages, numbered two (2) and three (3) is hereby **ORDERED**.

**DATED: September 27, 2024**

_____
**Honorable Vincent F. Papalia
United States Bankruptcy Judge**

After review of the application of Andrew G. Greenberg, Esq. for a reduction of time for a hearing on Debtor's Motion to Sell Real Property under Fed. R. Bankr. P. 9006(c)(1), it is

ORDERED as follows:

1. A hearing will be conducted on the matter on __October 8, 2024__ at __10:00am__ in the United States Bankruptcy Court, 50 Walnut Street, Newark, NJ, Courtroom No.3B .

2. The Applicant must serve a copy of this Order, and all related documents, on the following parties:

Secured creditors and their counsel, if known; prospective buyer and its counsel, if known
_____

by ☒ each, ☐ any of the following methods selected by the Court:

☐ fax,  ☒ overnight mail,  ☐ regular mail,  ☒ email (if known),  ☐ hand delivery.

3. The Applicant must also serve a copy of this Order, and all related documents, on the following parties: Unsecured Creditors or their counsel, if known; Chapter 13 Standing Trustee; and any other party having filed a Notice of Appearance in this case.

by ☐ each, ☒ any of the following methods selected by the Court:

☐ fax,  ☐ overnight mail,  ☒ regular mail,  ☒ email,  ☐ hand delivery.

Service must be made:

☐ on the same day as the date of this order,
or
☒ within __1__ business day(s) of the date of this Order.

5. Notice by telephone:

☒ is not required

☐ must be provided to _____

☐ on the same day as the date of this Order, or

☐ within _____ day(s) of the date of this Order.

6. A *Certification of Service* must be filed prior to the hearing date.

2

7. Any objections to said motion/application identified above:

    ☒ must be filed with the Court and served on all parties in interest by electronic or overnight mail by noon on October 7, 2024.

    ☐ may be presented orally at the hearing.

8.   ☒ Court appearances are required to prosecute said motion/application and any objections.

    ☒ Parties may request to appear by phone by contacting Chambers prior to the return date.

*Rev.2/1/16*