UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Andrew G. Greenberg, Esq
4400 Route 9 South
Suite 1000
Freehold, NJ 07728
(732) 236-4375
Attorney for Debtor

In Re:

Fouchard Claude,

Debtor.

Case No.: 22-12921

Chapter: 13

Adv. No.: 

Hearing Date: October 8, 2024

Judge: Papalia

# CERTIFICATION OF SERVICE

1. I, Andrew G. Greenberg, Esq. :

   ☒ represent __debtor__ in this matter.

   ☐ am the secretary/paralegal for _____, who represents _____ in this matter.

   ☐ am the _____ in this case and am representing myself.

2. On __September 30, 2024__, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below.
   Motion to Sell 24 Dameo Place, Short Hills, NJ and Order Shortening Time and Setting Hearing

3. I certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Date: 10/7/2024

/s/ Andrew G. Greenberg, Esq.
Signature

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Marie-Ann Greenberg<br>Chapter 13 Standing Trustee<br>30 Two Bridges Road<br>Suite 330<br>Faifield, NJ 07004 | Chater 13 Standing Trustee | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other Email<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| MidFirst Bank<br>999 Northwest Grand Boulevard<br>Oklahoma City, OK 73118 | Secured Creditor | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other Overnight Mail<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| KML Law Group, PC<br>701 Market Street<br>Suite 5000<br>Philadelphia, PA 19106 | Attorneys for secured creditor, MidFirst Bank | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other Overnight Mail/Email<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| MKA Professional Services LLC<br>79 Shrewsbury Drive<br>Livingston, NJ 07039 | Buyer | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other Overnight Mail<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| John M. Esposito, Esq.<br>870 Pompton Avenue<br>Cedar Grove, NJ 07009 | Buyer's Attorney | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other Overnight Mail/Email<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Internal Revenue Service<br>PO Box 7346<br>Philadelphia, PA 19101 | Unsecured Creditor | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other Email_____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| U.S. Attorney's Office<br>970 Broad Street<br>7th Floor<br>Newark, NJ 07102 | Attorneys for Internal Revenue Service | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other Email_____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Office of the Attorney General<br>950 Pennsylvania Avenue NW<br>Washington DC 20530 | Attorneys for Internal Revenue Service | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Chrysler Capital<br>PO Box 961275<br>Fort Worth, TX 76161 | Unsecured Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| State of New Jersey<br>Division of Taxation<br>PO Box 245<br>Trenton, NJ 08695 | Unsecured Creditor | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other Email_____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |

*rev.8/1/16*

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| New Jersey Office of the Attorney General<br>Richard J. Hughes Justice Complex<br>25 Market Street<br>Trenton, NJ 08611 | Attorneys for the State of New Jersey | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Office of the U.S. Trustee<br>One Newark Center<br>Suite 2100<br>Newark, NJ 07102 | U.S. Trustee | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other Email<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
|  |  | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
|  |  | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
|  |  | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |